IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO GREGGE, JR.,                    No. CIV S-09-2561-GEB-CMK-P

    Plaintiff,

  vs.                                              ORDER

SUSAN HUBBARD, et al.,

    Defendants.

/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's "Motion for Order Defendants to Reply" (Doc. 27). Plaintiff seeks a court order directing defendants to file a response to the complaint. Because plaintiff has not yet submitted documents necessary for service of process, and defendants have not otherwise appeared in the action, it is premature to order them to respond. The motion is denied.

       IT IS SO ORDERED.

DATED: November 2, 2011

                                                                      **CRAIG M. KELLISON**
                                                                        UNITED STATES MAGISTRATE JUDGE