IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO GREGGE, JR.,                     No. 2:09-CV-2561-GEB-CMK-P

      Plaintiff,

  vs.                                                          <u>ORDER</u>

MATTHEW KATE, et al.,

      Defendants.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This matter as back before this court following the Ninth Circuit Court of Appeal's August 1, 2014, unpublished memorandum disposition.  In that disposition, the Ninth Circuit reversed this court's finding that plaintiff had not exhausted his administrative remedies, effectively denying defendants' motion to dismiss on that basis.  Accordingly, defendants shall file and serve an answer to plaintiff's complaint within 30 days of the date of this order.

      IT IS SO ORDERED.

DATED: August 28, 2014

                                                                                                                   _____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1